[No. 48038-3-I. Division One. December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JOSEPH CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09431-6, Joan E. DuBuque, J., entered May 22, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 49087-7-I. Division One. December 29, 2003.]

*In the Matter of the Personal Restraint of* HUSANI SLAUGHTER, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J., and Schindler, J.

[No. 49939-4-I. Division One. December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD WENDELL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-01186-6, Michael F. Moynihan, J., entered January 30, 2002. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Cox, J.

[No. 50068-6-I. Division One. December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY BARQUET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04544-6, Steven G. Scott, J., entered January 29, 2002. *Affirmed* by unpublished per curiam opinion.